

FEB 19 2020

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-MJ-00030-SKO |
| Plaintiff, | ORDER TO UNSEAL COMPLAINT |
| v. | |
| JIANG YUNQUAN, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed on February 14, 2020, be unsealed and become public record.

DATED: 2-19-2020

HON. SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE