McGREGOR W. SCOTT
United States Attorney
JUSTIN GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>YUNQUAN JIANG,<br><br>　　　　　　　Defendant. | CASE NO. 1:20-CR-00057-NONE-SKO<br><br>STIPULATION AND ORDER FOR INTERLOCUTORY SALE OF REAL PROPERTY |

1.　　The United States and defendant, Yunquan Jiang, by his attorney, Martin Talaesnik, hereby agree and stipulate to an order authorizing the immediate interlocutory sale, pursuant to the terms set forth herein, for the real property located at 4985 E. White Avenue, Fresno, California, Fresno County, Assessor's Parcel Number 456-182-24, (hereafter the "Subject Property"), and more fully described as:

> Parcel 2 of Parcel Map No. 4578, according to the Map thereof recorded November 16, 1978 in Book 29, Page 70 of Parcel Maps, Fresno County Records.

2.　　On March 5, 2020, a grand jury indicted defendant Yunquan Jiang, and charged him with the manufacture of 1,000 and more marijuana plants and possession with intent to distribute 1,000 and more marijuana plants in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). The indictment alleged further, that upon Yunquan Jiang's conviction, property involved in such violations, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses, or property used, or

intended to be used, in any manner or part to commit or facilitate the commission of the offenses, would be forfeitable to the United States. The Defendant agrees that the Subject Property was used, or intended to be used, in any manner or part to commit or facilitate the commission of the offenses and is subject to forfeiture pursuant to 21 U.S.C. § 853(a).

3. The recorded owner of the Subject Property is Yunquan Jiang, a single man.

4. Fidelity National Title Company, Trustee for Jing Yu is on the chain of title to the Subject Property as secured by the Short Form Deed of Trust and Assignment of Rents dated August 30, 2019.

5. The parties agree that the Subject Property should be sold to preserve any net equity, avoid foreclosure, and avoid the property deterioration resulting from absentee ownership. Any net proceeds will be substituted for the Subject Property herein.

6. The parties agree that Yunquan Jiang will have the opportunity to sell the Subject Property if a sale can be completed by midnight on June 1, 2021. Such sale shall be concluded only upon the written consent of the United States, which consent may be withheld if the United States, in its sole discretion, concludes that the terms of the sale are unreasonable or unsatisfactory. If a sale is completed, Yunquan Jiang shall provide the Title Company and/or Escrow Company with the following escrow instructions:

    a. The net sale proceeds will be submitted to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721.

    b. The Title Company check shall be made payable to the U.S. Marshals Service and shall be forwarded to the above-listed address along with copies of the closing settlement documents.

7. The net proceeds from the sale of the Subject Property shall be substituted for Yunquan Jiang's property interest in the Subject Property and subject to forfeiture to the United States.

8. If a sale is not completed by Yunquan Jiang by June 1, 2021, the parties agree that the U.S. Marshals Service (or a designee) shall be authorized to sell the Subject Property and have sole authority to select the means of sale, including sale by internet or through a licensed real estate broker, and shall have sole authority over the marketing and sale of the Subject Property.

a. The United States Marshals Service shall have the Subject Property appraised by a licensed appraiser of its choosing. The U.S. Marshals Service and the appraiser may have access to the Subject Property and structures, buildings, or storage sheds thereon upon 24 hours telephone notice.

b. If necessary, the U.S. Marshals Service, shall have the right to put a "lock box" on the property to facilitate the market and sale of the Subject Property.

c. The following costs, expenses and distributions shall be paid in escrow from the gross sales price in the following priority and to the extent funds are available:

   i. The costs incurred by the U.S. Marshals Service to the date of close of escrow, including the cost of posting, service, advertising, and maintenance.

   ii. Any unpaid real property taxes which are due and owing.

   iii. A real estate commission not to exceed the U.S. Marshals Service contractual brokerage fee.

   iv. The seller shall pay any county transfer taxes.

   v. To Fidelity National Title Company as Trustee for Jing Yu, a sum to satisfy an indebtedness under the Short Form Deed of Trust and Assignment of Rents recorded in the official records of Fresno County, Document Number 2019-0108838 on September 23, 2019, in the principal amount of $171,000.00, plus all unpaid interest at the contractual (not default) rate, plus any advances and costs incurred by Jing Yu, up to the date of the payoff of the loan, including, but not limited to reasonable attorney's fees, any insurance advances, tax advances, and property preservation costs on the Subject Property.

d. Any liens or encumbrances against the Subject Property that appear on record subsequent to entry of this stipulation may be paid out of escrow. The United States may pay any such lien or encumbrances at its sole discretion.

e. The costs of a lender's policy of title insurance (ALTA policy) shall be paid for by the buyer.

///

    f.  All loan fees, "points" and other costs of obtaining financial shall be paid for by the buyer of the Subject Property.

    g.  Each party shall execute all documents necessary to close escrow, if such signatures are required by the title insurer.

  9.  The net proceeds from the sale of the Subject Property will be deposited in the Department of Justice Seized Asset Fund and substituted as the property in this action pending a final judgment in this case.

  10.  The parties stipulate that Yunquan Jiang will retain custody, control, and responsibility of the Subject Property until the interlocutory sale that is the subject of this stipulation is complete. Yunquan Jiang shall maintain all insurance policies currently in effect with respect to the Subject Property, including hazard insurance to cover all buildings and other improvements that are now located on the Subject Property until the interlocutory sale is completed. The insurance must cover loss or damage caused by fire, hazards normally covered by "extended coverage" hazard insurance policies, and liability to persons injured on said Subject Property and for property damage to the Subject Property.

  11.  Except as specifically provided herein, Yunquan Jiang shall not convey, transfer, encumber, lien, or otherwise pledge the Subject Property without the prior written approval of the United States.

  12.  Each party to this stipulation shall execute all documents and provide signatures necessary to close escrow, as required by the title company.

  13.  The signature pages of this stipulation may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

  14.  All parties are to bear their own costs and attorneys' fees.

  15.  Pending the interlocutory sale of the Subject Property, and the disposition of the proceeds, the parties hereby stipulate that the U.S. District Court for the Eastern District of California, shall retain jurisdiction to enforce the terms of this stipulation.

///

///

WHEREFORE, the United States and Defendant request that the Court enter an order granting their stipulation for an interlocutory sale as proposed by the parties.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: May 10, 2021

By: /s/ Justin Gilio
JUSTIN GILIO
Assistant U.S. Attorney

Dated: 03/03, 2021

By: YUNQUAN JIANG
YUNQUAN JIANG
Defendant

ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of FRESNO )

On MARCH 03, 2021, before me, SIMON Y. WONG, Notary Public, personally appeared YUNQUAN JIANG, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

Dated: MARCH 03, 2021

By: Martin Talaesnik
MARTIN TALAESNIK
Attorney for Defendant
Yunquan Jiang

SIMON Y. WONG
Notary Public - California
Fresno County
Commission # 2248585
My Comm. Expires Jul 29, 2022

STIPULATION AND ORDER FOR INTERLOCUTORY SALE
OF REAL PROPERTY

5

**ORDER FOR INTERLOCUTORY SALE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The stipulation for interlocutory sale of the real properties is granted.
2. The Subject Property will be sold pursuant to the terms set forth above.
3. The net proceeds from the sale of the Subject Property will be substituted as the property herein and held by the U.S. Marshals Service, pending further order the Court.

IT IS SO ORDERED.

Dated: May 11, 2021

*Dale A. Drozd*
United States District Judge

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of __CALIFORNIA__

County of __FRESNO__

On __MARCH 03 2021__ before me, __SIMON Y. WONG__, Notary Public,
(here insert name and title of the officer)

personally appeared __YUNQUAN JIANG__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature

(Seal)

SIMON Y. WONG
Notary Public - California
Fresno County
Commission # 2248585
My Comm. Expires Jul 29, 2022