| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | JUSTIN GILIO<br>ALYSON A. BERG |
| 3 | Assistant United States Attorney<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>YUNQUAN JIANG,<br><br>　　　　　　　Defendant. | CASE NO. 1:20-CR-00057-NONE-SKO<br><br>STIPULATION AND ORDER EXTENDING DEADLINE FOR INTERLOCUTORY SALE OF REAL PROPERTY |

　　　　It is hereby stipulated by and between the United States of America and defendant Yunquan Jiang ("claimant"), by and through their respective counsel, as follows:

　　　　1.　　By Stipulation and Order filed May 11, 2021 (Doc. 47), the parties stipulated to the interlocutory sale of the real property located at 4985 E. White Avenue, Fresno, California, Fresno County, Assessor's Parcel Number 456-182-24 (hereafter the "Subject Property").

　　　　2.　　The stipulation provided that defendant be permitted to sell the property by or before June 1, 2021.

　　　　3.　　The parties wish by agreement to extend to September 3, 2021, the time in which the defendant is required to sell the Subject Property. All other provisions of the Stipulation and Order for

///

///

///

STIPULATION AND ORDER FOR INTERLOCUTORY SALE OF REAL PROPERTY

1

Interlocutory Sale of Real Property filed May 11, 2011, are incorporated herein by reference, and shall remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Dated: May 27, 2021

By: /s/ Alyson A. Berg
JUSTIN GILIO
ALYSON A. BERG
Assistant U.S. Attorney

Dated: May 27, 2021

By: /s/ Martin Taleisnik
MARTIN TALEISNIK
Attorney for Defendant Yunquan Jiang
(As approved by email on 5/27/21)

**ORDER**

IT IS HEREBY ORDERED that:

1. The stipulation to extend the date by which defendant has to sell the Subject Property is interlocutory sale of the real properties is granted to September 3, 2021.

2. The provisions for the Stipulation and Order for Interlocutory Sale of Real Property are hereby incorporated and made a part of this order.

IT IS SO ORDERED.

Dated: **May 28, 2021**

UNITED STATES DISTRICT JUDGE