PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN GILIO
ALYSON A. BERG
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00057-DAD-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| YUNQUAN JIANG, | |
| Defendant. | |

On May 11, 2021, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) based upon the plea agreement entered into between plaintiff and defendant Yunquan Jiang forfeiting to the United States the following property:

   a. Real property located at 4985 E. White Avenue, Fresno, Fresno County, California, APN: 456-182-24.

Beginning on July 29, 2021, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States and defendant Yunquan Jiang entered into a Stipulation and Order for Interlocutory Sale for the real property located at 4985 E. White Avenue, Fresno, Fresno County,

California, APN: 456-182-24 that was filed on May 11, 2021.  The total net proceeds from the sale of the real property is $11,789.64.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture is entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Yunquan Jiang.

2. All right, title, and interest in the below-listed property shall vest solely in the name of the United States of America:

   a. The net proceeds of $11,789.64 from the sale of real property located at 4985 E. White Avenue, Fresno, California, APN: 456-182-24.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: __October 18, 2021__          _____Dale A. Drozd_____
                                      UNITED STATES DISTRICT JUDGE